# FILED UNDER SEAL

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN SHAWN STUBBS,<br><br>Defendant. | Case No. 2:19-mj-00302-NJK |

**Order Granting Government's Motion to Seal Complaint**

**(Filed Under Seal)**

Based on the pending Motion of the Government, and good cause appearing, IT IS HEREBY ORDERED that the Complaint, the Motion, and this Court's Sealing Order in the above-captioned matter shall be sealed until further Order of the Court.

DATED this 25 day of April, 2019.

HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

3